IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LORREYNE RAMOS<br><br>    Plaintiff<br><br>v.<br><br>MEGAN J. BRENAN, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE<br><br>    Defendants | Civil No.: 18-1839 (DRD)<br><br><br><br>PLAINTIFF DEMANDS JURY TRIAL |

**MOTION REQUESTING ENTRY OF JUDGMENT**

TO THE HONORABLE COURT:

NOW COME Plaintiff LORREYNE RAMOS through their attorneys, and respectfully **STATES, ALLEGES AND REQUESTS**:

1. Plaintiff and defendant had signed a Settlement Agreement that settles the case and give finality to this litigation.

2. Plaintiff requests from this Honorable Court to enter Judgment dismissing the complaint.

**WHEREFORE** is respectfully requested from this Honorable Court to enter Judgment dismissing the complaint with prejudice.

I HEREBY CERTIFY that on this date, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF System.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th of April, 2021.

                                              *S/ Marcos Valls Sánchez*
Marcos Valls Sánchez, Esq.
U.S.D.C. No.203806
P.O. Box 363641
San Juan, Puerto Rico 00936-3641
Tel. 787-946-9363
Fax. 787-946-1172
E-mail: marcos.valls@vallslegalfirm.com