# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LORREYNE RAMOS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MEGAN J. BRENAN, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,**<br><br>*Defendants.* | **CIVIL NO. 18-1839 (DRD)** |

## JUDGMENT

Pursuant to Plaintiff's *Motion Requesting Entry of Judgment* (*see* Docket No. 29) the Court hereby **DISMISSES** all of the claims and causes of action asserted in the *Compliant* filed at Docket No. 1, **WITH PREJUDICE** and without the imposition of costs or attorney's fees. *See* Fed. R. Civ. P. 41 (a)(2).

**THE INSTANT MATTER IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES**.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, September 3, 2021.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge